IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMIR BURHAN MALLAK,<br><br>Defendant. | CR 21-53-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Motion to Dismiss Forfeiture Allegation (Doc. 31) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

DATED this ___6th___ day of July, 2022.

_____
SUSAN P. WATTERS
United States District Court Judge

1