Case 1:21-cr-00053-SPW   Document 40   Filed 06/25/25   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America )<br>v. )<br>AMIR BURHAN MALLAK )<br>) Case No: CR 21-53-BLG-SPW<br>) USM No: 56951-509<br>Date of Original Judgment: 07/13/2022 )<br>Date of Previous Amended Judgment: )  David Ness<br>*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **144** months **is reduced to** **129**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **07/13/2022** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6-25-2025

*Judge's signature* (signed) Susan P. Watters

Effective Date: _____
*(if different from order date)*

U.S. District Judge - Susan P. Watters
*Printed name and title*